**Order entered March 6, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01161-CR

**ELOY SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F08-24673-L**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 12 and 14, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, Deputy Official Court Reporter, Criminal District Court No. 5, and to counsel for all parties.

.

/s/     DAVID EVANS
JUSTICE